# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

14 APR 28 PM 12:54

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>JESUS AGUILAR-GUTIERREZ,<br><br>                 Defendant. | CASE NO. 13CR4549-CAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

TITLE 21, U.S.C., SEC. 841(a)(1) - POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 28, 2014

                                            Cathy Ann Bencivengo
                                            U.S. District Judge